NATALIE C. LEHMAN, ESQ.
Nevada Bar No. 12995
FIDELITY NATIONAL LAW GROUP
8363 West Sunset Road, Suite 120
Las Vegas, Nevada 89113
Tel: (702) 667-3000
Fax: (702) 938-8721
Email: natalie.lehman@fnf.com
*Attorneys for Fidelity National Default, Servicelink,
LSI Title Agency, Inc., aka LSI Title Company,
Loancare, Chicago Title Las Vegas, Chicago Title
Agency Nevada aka Chicago Title of Nevada, Inc.,
and Anselmo Pagkaliwangan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALMA AGHA-KHAN, M.D., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a mortgage registration system, Delaware corporation not registered to do business in Nevada; et.al.,<br><br>Defendants. | Case No.: 2:17-cv-02739-GMN-DJA<br><br>**MOTION TO REMOVE ATORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants FIDELITY NATIONAL DEFAULT, SERVICELINK, LSI TITLE AGENCY, INC., aka LSI TITLE COMPANY, LOANCARE, CHICAGO TITLE LAS VEGAS, CHICAGO TITLE AGENCY NEVADA aka CHICHAGO TITLE OF NEVADA, INC., and ANSELMO PAGKALIWANGAN, provide note that Marni Rubin Watkins, Esq. is no longer associated with the law firm Fidelity National Law Group.

Fidelity National Law Group continues to serve as counsel for FIDELITY NATIONAL DEFAULT, SERVICELINK, LSI TITLE AGENCY, INC., aka LSI TITLE COMPANY, LOANCARE, CHICAGO TITLE LAS VEGAS, CHICAGO TITLE AGENCY NEVADA aka CHICHAGO TITLE OF NEVADA, INC., and ANSELMO PAGKALIWANGAN, in this

action.  All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should be directed to Natalie C. Lehman, Esq.

DATED this 26th day of March, 2020.

FIDELITY NATIONAL LAW GROUP

*/s/ Natalie C. Lehman*
NATALIE C. LEHMAN, ESQ.
Nevada Bar No. 12995
8363 West Sunset Road, Suite 120
Las Vegas, Nevada 89113
*Attorneys for Fidelity National Default, Servicelink, LSI Title Agency, Inc., aka LSI Title Company, Loancare, Chicago Title Las Vegas, Chicago Title Agency Nevada aka Chicago Title of Nevada, Inc., and Anselmo Pagkaliwangan*

## **COURT APPROVAL**

IT IS SO ORDERED.

*Dated:* March 27, 2020

_____
*UNITED STATES MAGISTRATE JUDGE*

## CERTIFICATE OF SERVICE

The undersigned employee of Fidelity National Law Group, hereby certifies that she served a copy of the foregoing **MOTION TO REMOVE ATORNEY FROM ELECTRONIC SERVICE LIST** upon the following parties on the date below entered (unless otherwise noted), at the fax numbers and/or addresses indicated below by: [X] (i) placing said copy in an envelope, first class postage prepaid, in the United States Mail at Las Vegas, Nevada, [ ] (ii) via facsimile, [ ] (iii) via courier/hand delivery, [ ] (iv) via overnight mail, [ ] (v) via electronic delivery (email), and/or [X] (vi) via electronic service through the Court's Electronic File/Service Program.

**Darren T. Brenner, Esq.**
**Natalie L. Winslow, Esq.**
**Jamie K. Combs, Esq.**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Bank of America, N.A. and Recontrust Company aka Recontrust Company, NA; BAC Home Loan Servicing, LP; Countrywide Home Loans Servicing, LP; Recontrust Company, NA – N Mediation Team*

**Scott E. Gizer**
Early Sullivan Wright Gizer & McRae LLP
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101
*Attorneys for Defendant Castle and Cooke Mortgage LLC*

**Salma Agha-Khan, M.D.**
3751 Motor Avenue, #34727
Los Angeles, CA 90034
*Plaintiff*

**Douglas D. Gerrard**
**Frederick J. Biedermann**
Gerrard, Cox & Larsen
2450 St Rose Parkway, Suite 200
Henderson, NV 89074
*Attorneys to Defendant Sara Hall; Gerrard*

*and Cox (Legal Wings) aka Gerrard Cox and Larsen; Sheldon Herbert; Esther Medellin; Chet J. Cox; Kristina C. Cox*

**Amanda M. Perach**
**Ryan Jefferson Works**
McDonald Carano Wilson, LLP
2300 West Sahara Ave, Suite 1200
Las Vegas, NV 89102
*Attorney to Defendant Nationwide Title Clearing*

**Jennifer Lustig McBee**
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy, Ste. 1100
Las Vegas, NV 89169
*Attorney to Defendant Wells Fargo Financial National Bank; Wells Fargo Bank, NA; Vladimir Petricevic*

**John T. Steffen**
**Todd W. Prall**
**Bradley G. Sims**
Hutchinson & Steffen, LLC
Peccole Professional Park
10080 W Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant Chet J. Cox*

**Adam R. Knecht**
**Kurt R. Bonds**
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Pkwy., Ste. 200
Las Vegas, NV 89149
*Attorneys for Defendant Southern Highlands Community Association*

**DATED**:03/26/2020         */s/ Shannon Kearsley*
                             An employee of Fidelity National Law Group