ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Defendants Bank of America, N.A
And ReconTrust Company aka ReconTrust
Company, NA; BAC Home Loans Servicing, LP;
Countrywide Home Loans Servicing, LP;
ReconTrust Company, NA – NV Mediation Team*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SALMA AGHA-KHAN, MD., an individual, | Case No.: 2:17-cv-02739- GMN-DJA |
| Plaintiff, | |
| vs. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a mortgage registration system, Delaware corporation not registered to do business in Nevada; MERSCORP HOLDINGS INC., parent of Mortgage Electronic Registration Systems Inc. not registered to do business in Nevada; ASPEN MORTGAGE LLC, a Nevada Limited Liability Corporation; ASPEN FINANCIAL SERVICES, a Nevada business organization; JEFF GUINN, and individual, principal and owner of Aspen Financial Services and Aspen Mortgage LLC; ANGELA NAVA, an individual, assistant secretary and a robo-signer for MERS and various banks; AMANDA JONES, an individual, assistant secretary and a robo-signer for MERS; PATRICIA DEAN an individual, assistant secretary and a robo-signer for MERS; BANK OF AMERICA, NA., a US Banking concern; RECONTRUST COMPANY aka RECONTRUST COMPANY, NA, a Bank of America subsidiary; BAC HOME LOANS SERVICING, LP, a Bank of America subsidiary; COUNTRYWIDE HOME LOANS SERVICING, LP, a Bank of America | |


AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX (702) 380-8572

| | |
|---|---|
| 1 | subsidiary; RECONTRUST COMPANY, NA-NV MEDIATION TEAM, a Bank of America |
| 2 | subsidiary; MELISA MARTIN, an individual and Assistant Secretary and Assistant Vice |
| 3 | President at ReconTrust Company, NA; MARIA C. RODRIGUEZ, an individual and Assistant |
| 4 | Secretary at ReconTrust Company, NA; TIFFANY MAYES, an individual and Assistant |
| 5 | Secretary at ReconTrust Company, NA; DEEDRA WILLIAMS, an individual and |
| 6 | Assistant Secretary at ReconTrust Company, NA; JAMES DIAZ, an individual and AVP for |
| 7 | ReconTrust Company, NA; HATTIE MOORE, an individual and AVP for ReconTrust |
| 8 | Company, NA; VALINDA PICKENS an individual and AVP for Bank of America, NA; |
| 9 | FIDELITY NATIONAL DEFAULT, a company form unknown; LSI TITLE AGENCY INC., aka |
| 10 | LSI TITLE COMPANY, a California title company not registered to do business in |
| 11 | Nevada; ANSELMO PAGKALIWANGAN, an individual and agent for LSI Title Company not |
| 12 | registered to do business in Nevada; SERVICELINK, a California company not |
| 13 | registered to do business in Nevada; THE BANK OF NEW YORK MELLON FKA, THE |
| 14 | BANK Of NEW YORK, a US Bank; STEPHANIE Y. KING, an individual and agent |
| 15 | for The Bank of New York Mellon; CASTLE & COOKE MORTGAGE LLC, a Delaware |
| 16 | company, a lender with office in Utah; LOANCARE, a Servicelink Company; |
| 17 | CHICAGO TITLE LAS VEGAS, a title agency form unknown; CHICAGO TITLE AGENCY |
| 18 | NEVADA, aka CHICAGO TITLE OF NEVADA, INC., a title company, form |
| 19 | unknown; SARA HALL, an individual buyer; NATHAN HALL, Sarah Hall's husband and |
| 20 | individual buyer; GERRARD & COX (LEGAL WINGS) aka, GERRARD COX & LARSEN, a |
| 21 | law firm in Henderson, Nevada; SHELDON HERBERT, ESQ., an Homeowner's |
| 22 | Association; SAN SEVINO WEST AT SHD, a property management company; SOUTHERN |
| 23 | HIGHLANDS COMMUNITY ASSOCIATION, a property management company; SAN |
| 24 | SEVINO HOMEOWNER'S ASSOCIATION, home owner's association; TITLE COURT |
| 25 | SERVICE, INC., a court servicing company, form unknown; SHARON TAYLOR, an |
| 26 | individual and Terra West Property Management as agent for San Sevino West |
| 27 | Homeowner's Association; ALESSI TRUSTEE CORPORATION, a law firm; NORTH |
| 28 | AMERICAN TITLE COMPANY, a title |

2

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL: (702) 634-5000 – FAX (702) 380-8572

|   |   |
|---|---|
| 1 | company; SOUTHERN HIGHLANDS MASTER,; AILEEN RUIZ, an individual and Trustee Sale Officer for Alessi Trustee Corporation, on behalf of Southern Highlands Master; SOUTHERN HIGHLANDS MASTER HOA,; ALESSI & KOENIG, LLP, a law firm in Nevada form unknown; SAN SEVINO WEST AT SOUTHERN HIGHLANDS HOA, Southern Highlands Home Owners Association; ASSESSMENT MANAGEMENT SERVICES, a Southern Highlands Home Owners Association Company; ARCH G. NEBRON, Assessment Management Services, an individual and as agent for San Sevino West at Southern Highlands Home Owners Association; HONG X. LAM, ESQ., an individual and attorney for Southern Highland Community Association; HEIDI HAGEN, an individual and employee of Terra West Management Services and as agent for San Sevino West HOA; NAOMI EDEN, and individual and agent for Alessi & Koenig, LLC; DAVID ALESSI, an individual and a Nevada attorney; ROBERT ALESSI, an individual and a Nevada notary; RYAN KEONIG, an individual and a Nevada attorney, DOES 1-100, Inclusive,<br><br>                    Defendants. |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Darren T. Brenner, Esq. is no longer associated with the law firm of Akerman LLP and requests that Mr. Brenner be removed from the service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

53592183;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL: (702) 634-5000 – FAX (702) 380-8572

Akerman LLP continues to serve as counsel for Bank of America, N.A. and ReconTrust Company aka ReconTrust Company, NA; BAC Home Loans Servicing, LP; Countrywide Home Loans Servicing, LP; ReconTrust Company, NA – NV Mediation Team in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq., Melanie D. Morgan, Esq. and Rex D. Garner, Esq.

DATED this 30th day of June, 2020

**AKERMAN LLP**

*/s/ Melanie D. Morgan, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Defendants Bank of America, N.A. And ReconTrust Company aka ReconTrust Company, NA; BAC Home Loans Servicing, LP; Countrywide Home Loans Servicing, LP; ReconTrust Company, NA – NV Mediation Team*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: June 30, 2020

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:17-cv-02739- GMN-DJA

4

53592183;1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of June 2020, and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST,** postage prepaid and addressed to:

| | |
|---|---|
| Natalie C. Lehman, Esq.<br>**Fidelity National Law Group**<br>2450 St. Rose Pkwy., Ste. 150<br>Henderson, NV 89074<br><br>*Attorneys for Fidelity National Default, LSI Title Agency, Inc. aka LSI Title Company, Servicelink, Chicago Title Agency Nevada, aka Chicago Title of Nevada, Inc., and Loancare* | Douglas D. Gerrard, Esq.<br>Fredrick J Biedermann, Esq**.**<br>**Gerrard, Cox & Larsen**<br>2450 St. Rose Pkwy., Ste. 200<br>Henderson, NV 89074<br><br>Attorneys *for Defendant Chicago Title Agency Nevada aka Chicago Title of Nevada, Inc, Gerrard and Cox (Legal Wings) aka Gerrard Cox and Larsen, Sheldon Herbert, Douglas D. Gerrard, Esther Medellin, Chet J Cox, Kristina C Cox* |
| Scott E. Gizer, Esq.<br>**Early Sullivan Wright Gizer & McRae LLP**<br>601 S. Seventh St., 2nd Floor<br>Las Vegas, NV 89101<br><br>*Attorneys for Castle & Cooke Mortgage, LLC* | Jennifer Lustig McBee, Esq.<br>**Snell & Wilmer L.L.P.**<br>3883 Howard Hughes Pkwy, Ste. 1100<br>Las Vegas, NV 89169<br><br>*Attorney for Wells Fargo Financial National Bank,* |
| Amanda M. Perach, Esq.<br>Ryan Jefferson Works, Esq.<br>**McDonald Carano Wilson LLP**<br>2300 West Sahara Ave., Ste. 1200<br>Las Vegas, NV 89102<br><br>*Attorneys for Defendant Nationwide Title Clearing, Vladimir Petricevic* | **Salma Agha-Khan**<br>3751 Motor Ave #34727<br>Los Angeles, CA 90034<br>PRO SE |
| Adam R. Knecht, Esq.<br>Trevor R. Waite, Esq.<br>**Alverson, Taylor, Mortensen & Sanders**<br>6605 Grand Montecito Pkwy., Ste. 200<br>Las Vegas, NV 89149<br>*Attorney for Southern Highlands Community Association* | Andrew A. Bao<br>**Wolfe & Wyman LLP**<br>6757 Spencer St,<br>Las Vegas, NV 89119<br>*Attorney for Citi Mortgage Inc, Citibank, NA, Verdugo Trustee Service Corporation, Citicorp, Citicorp* |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL: (702) 634-5000 – FAX (702) 380-8572

5

53592183;1

John T Steffen, Esq.
Todd W Prall, Esq.
**Hutchison & Steffen, LLC**
10080 W. Alta Dr., Ste. 200
Las Vegas, NV 89145

Attorneys for *Chet J Cox, Kristina C Cox, Cardinal Financial Company, LP*

　　　　　　　　　　　　　　　　　　　　*/s/  Doug J. Layne*
　　　　　　　　　　　　　　　　　　　　An employee of AKERMAN LLP

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL: (702) 634-5000 – FAX (702) 380-8572

6

53592183;1